UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:
Carrie Renee McCrory,                    Case No. 10-53989-PJS
                                         Honorable Phillip J. Shefferly
                                         Chapter 13

    Debtor.
_____/

NOTICE OF SUBSTITUTION OF COUNSEL

The Debtors herein herby request the substitution of Marrs & Terry, PLLC for David I. Goldstein as counsel of record.

/s/Carrie McCrory
Debtor

Dated: September 15, 2010

    /s/ Tricia Stewart Terry
    Tricia Stewart Terry (P59522)
    MARRS & TERRY, PLLC
    Attorneys for Debtor
    6553 Jackson Rd.
    Ann Arbor, MI 48103
    734-663-0555
    mandtecf@gmail.com