**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:

Carrie Rene McCrory,

                  DEBTOR.

                                          /

CHAPTER 13
CASE NO. 10-53989-PJS
JUDGE PHILLIP J. SHEFFERLY

### TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES** the Chapter 13 Standing Trustee, David Wm. Ruskin, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to L.B.R. 3015-3(a) (E.D.M.) as follows:

1. The debtor's Plan fails to provide that all of the debtor's projected disposable income be utilized to fund the Plan. Specifically, the debtor's Schedule J has overstated the following expense(s) in contravention of 11 U.S.C. Section 1325(a)(3) and/or 11 U.S.C. Section 1325(b):

    a. Home Maintenance - $150.00. The Trustee requests the debtor provide objective documentation no less than fourteen (14) days prior to the scheduled confirmation hearing to evidence such actual expenses.

    b. Clothing for Two People - $150.00.

    c. Transportation - $750.00. The Trustee requests the debtor provide objective documentation no less than fourteen (14) days prior to the scheduled confirmation hearing to evidence such actual expenses.

    d. Cell Phones and Internet - $180.00.

    e. Husband's Car Payment - $418.00. The Trustee requests the debtor provide objective documentation no less than fourteen (14) days prior to the scheduled confirmation hearing to evidence such actual expenses.

    f. Husband's Motorcycle Payment - $210.13. The Trustee requests the debtor provide objective documentation no less than fourteen (14) days prior to the scheduled confirmation hearing to evidence such actual expenses.

    g. Husband Truck Payment - $544.94. The Trustee requests the debtor provide objective documentation no less than fourteen (14) days prior to the scheduled confirmation hearing to evidence such actual expenses so the Trustee can determine if the debtor's Plan complies with 11 U.S.C. Section 1325(b).

      h.      Husband House Payment Including Taxes and Insurance - $1,439.39. The Trustee requests the debtor provide objective documentation no less than fourteen (14) days prior to the scheduled confirmation hearing to evidence such actual expenses.

      i.      Husband Credit Card Payment - $320.00. The Trustee requests the debtor provide objective documentation no less than fourteen (14) days prior to the scheduled confirmation hearing to evidence such actual expenses.

**WHEREFORE,** the Chapter 13 Standing Trustee prays this Honorable Court deny confirmation of the debtor's Chapter 13 Plan.

                              OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-DETROIT
                              David Wm. Ruskin, Chapter 13 Standing Trustee

Dated: October 7, 2010          ____/s/ Lisa K. Mullen_____
                              DAVID WM. RUSKIN (P26803)
                              LISA K. MULLEN (P55478)
                              THOMAS D. DECARLO (P65330)
                              1100 Travelers Tower
                              26555 Evergreen Road
                              Southfield, MI 48076-4251
                              Telephone (248) 352-7755

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:

Carrie Rene McCrory,

        DEBTOR.

_____/

CHAPTER 13
CASE NO. 10-53989-PJS
JUDGE PHILLIP J. SHEFFERLY

## CERTIFICATE OF SERVICE OF TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

I hereby certify that on October 7, 2010, I electronically filed the **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

The following parties were served electronically:

  MARRS & TERRY PLLC
  6553 JACKSON RD
  ANN ARBOR, MI 48103-0000

The following parties were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto:

  Carrie Rene McCrory
  1525 Wolf Lake
  Grass Lake, MI 49240-0000

      /s/ Colleen Weiss
     Colleen Weiss
     For the Office of the Chapter 13 Standing Trustee-Detroit
     1100 Travelers Tower
     26555 Evergreen Road
     Southfield, MI 48076-4251
     (248) 352-7755