# United States Bankruptcy Court
## Eastern District of Michigan

In re:

Carrie R. McCrory,

Case No. 10-53989-PJS
Honorable Phillip J. Shefferly
Chapter 13

**Debtors.**
_____/

## ORDER CONFIRMING PLAN

The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of
attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,000.00 in fees and $0.00 in expenses, and that the portion of such claim which has not already been paid, to-wit: $3,000.00 shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

X Debtor's Chapter 13 Plan payment shall be $414.00 semi-monthly effective October 26, 2010.

X Debtor's Chapter 13 Plan payment shall be $623.00 semi-monthly effective May 1, 2011.

X Debtor's Chapter 13 Plan payment shall be $895.00 semi-monthly effective July 1, 2011.

X Debtor shall remit 100% of all tax refunds to which Debtor is entitled to during the pendency of the Plan and shall not alter withholdings without court approval.

| APPROVED: | OBJECTIONS WITHDRAWN: | APPROVED: |
|---|---|---|
| /s/ David Wm. Ruskin | /s/ | /s/ Melissa D. Francis, Esq. |
| DAVID WM. RUSKIN (P26803) | CREDITOR | Melissa D. Francis, Esq. (P61495) |
| CHAPTER 13 TRUSTEE | | MARRS & TERRY, PLLC |
| 26555 Evergreen Road | /s/ | Attorneys for Debtor |
| 1100 Travelers Towers | Creditor: | 6553 Jackson Rd. |
| Southfield, MI 48076-4251 | | Ann Arbor, MI 48103 |
| 248-352-7755 | | 734-663-0555 |
| | | mandtecf@gmail.com |

.

Signed on October 30, 2010

             /s/ Phillip J. Shefferly
             **Phillip J. Shefferly**
             **United States Bankruptcy Judge**